1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   JOSHUA DELEON,                           No. 2:12-cv-0510-KJM-CMK-P

12                    Plaintiff,

13          vs.                               <u>ORDER</u>

14   VALLEJO POLICE DEPT., et al.,

15                    Defendants.

16   _____/

17          Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42

18   U.S.C. § 1983.  Plaintiff has consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. §

19   636(c) and no other party has been served or appeared in the action.

20          On November 26, 2012, mail directed to plaintiff was returned by the United

21   States Postal Service as undeliverable.  Pursuant to Eastern District of California Local Rule

22   183(b), any party appearing pro se must file and serve a notice of change of address within 63

23   days of mail being returned.  To date, more than 63 days have elapsed since mail was returned

24   and plaintiff has not notified the court of a change of address.

25          Plaintiff shall show cause in writing, within 30 days of the date of this order, why

26   this action should not be dismissed for failure to file notice of change of address.  Plaintiff is

1   again warned that failure to respond to this order may result in dismissal of the action for failure

2   to prosecute and comply with court rules and orders.  See Local Rule 110.

3                 IT IS SO ORDERED.

4

5  DATED:  October 25, 2013

6

7                                 **CRAIG M. KELLISON**
                                UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26