IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA DELEON, | No. 2:12-cv-0510-KJM-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| VALLEJO POLICE DEPT., et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c) and no other party has been served or appeared in the action.  The court issued an order to show cause on October 25, 2013, requiring plaintiff to show cause why this action should not be dismissed for his failure to file a notice of change of address and keep the court informed of his current address.

      Plaintiff has neither filed the proper notice, nor responded to the court's order to show cause. Plaintiff was warned that failure to respond to the order to show cause may result in

/ / /

/ / /

the dismissal of this action for the reasons outlined as well as for failure to prosecute and comply with court rules and orders.[1]  See Local Rule 110.

The undersigned finds it appropriate to dismiss this action for plaintiff's failure to comply to court orders, resolve the fee issue in this matter, and file an amended complaint that complies with Rule 8.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is dismissed; and

2. The Clerk of the Court is directed to close this case.

DATED: December 24, 2013

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

---

[1] Although it appears from the file that the last order sent to plaintiff was returned as undeliverable, plaintiff was properly served.  It is the responsibility of the parties to keep the court apprised of their address of record at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.